UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesse Jacob CAMARENA,<br><br>Defendant. | Magistrate Case No. **21-MJ-1061**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about March 19, 2021, within the Southern District of California, Defendant, Jesse Jacob CAMARENA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Alberta GUTIERREZ-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on March 22, 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Nina Plante, declare under penalty of perjury the following to be true and correct:

The complainant states that Alberta GUTIERREZ-Martinez, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 19, 2021, at approximately 7:56 A.M., Jesse Jacob CAMARENA (Defendant) made application for admission to the United States from Mexico at the Otay Mesa Port of Entry as the driver and sole visible occupant of a Chevrolet Equinox. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California ID and birth certificate as his entry document and said he was going to Otay Mesa, California. Upon conducting primary queries, the CBP Officer received a computer-generated alert. The CBP Officer referred the Defendant and vehicle into a secondary area for further processing.

In secondary, a Canine Enforcement Officer (CEO) screened Defendant's vehicle with his Narcotic/Human Detector Dog (NHDD) and the NHDD alerted to the inside dashboard of Defendant's vehicle. The CEO examined and discovered a person concealed within a modified compartment in the dashboard of the vehicle. CBP Officers assisted in removing one individual from the modified compartment of the vehicle and was later identified as Alberta GUTIERREZ-Martinez (Material Witness). Material Witness was determined to be a citizen of Mexico without lawful documents to enter the United States and was held as a Material Witness.

Probable Cause Statement continued on page 2…

Continuation of Probable Cause Statement
RE: U.S. v. Jesse Jacob CAMARENA

A videotaped interview was conducted with Material Witness. Material Witness stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her father made the smuggling arrangements and was going to pay an unknown smuggling fee. Material Witness stated she was going to Merced, California. Material Witness was shown a photo lineup and identified Defendant as the person that picked her up and placed her in the compartment.

Executed on this 19th day of March 2021, at 4:00 P.M.

_____
Nina Plante / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on March 19, 2021 in violation of Title 8, United States Code, Section 1324.

_____
MAGISTRATE JUDGE

9:07 AM, Mar 20, 2021
DATE / TIME

2